# IN THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANICE THRASHER,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT HOTEL CORPORATION and HYATT CORPORATION,<br><br>    Defendants. | REMOVED FROM THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA;<br>CIVIL ACTION FILE NO. 20-C-02854-S1<br><br>CIVIL ACTION FILE NO.<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF REMOVAL

COMES NOW Defendant HYATT HOTELS CORPORATION (improperly named in the Complaint as Defendant HYATT HOTEL CORPORATION) and Defendant HYATT CORPORATION (collectively "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1446 hereby file notice of the removal of the civil action now pending in the State Court of Gwinnett County, State of Georgia, Civil Action File No. 20-C-02854-S1, styled as *Janice Thrasher v Hyatt Hotel Corporation and Hyatt Corporation* (the "civil action"), respectfully showing this Honorable Court as follows:

1. On May 11, 2020, Plaintiff JANICE THRASHER ("Plaintiff") filed the civil action in the State Court of Gwinnett County, State of Georgia. A copy of the

        Summonses and Complaint served on Defendants are attached hereto collectively as "Exhibit A."

2. In the civil action, Plaintiff pursues causes of action for negligence, premises liability, vicarious liability, and negligent training & supervision arising out of a June 24, 2018, incident wherein Plaintiff alleges she slipped and fell down a stairwell. (Complaint ¶¶ 6, 12, 20, 24).

3. In the civil action, Plaintiff seeks damages for pain and suffering and past and future medical expenses, in addition to all other damages allowable under Georgia law, including special damages, compensatory damages and consequential damages. Plaintiff also claims bad faith damages including costs and attorneys' fees. (Complaint ¶¶ 27, 28). Plaintiff alleges that she incurred damages including a) "medical expenses;" b) future "pain, inconvenience, embarrassment, and mental anguish;" c) future deprivation of "ordinary pleasures of life, loss of well-being, and equanimity;" and that d) "her overall health, strength, and vitality have been greatly impaired." (Complaint ¶ 7).

4. Plaintiff's Complaint does not include a prayer for a specific amount of damages. On May 4, 2020, however, counsel for Plaintiff submitted a pre-suit demand pursuant to O.C.G.A. § 51-12-14 offering to resolve Plaintiff's claims

for $100,000.00. See generally Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 755 (11th Cir. 2010).

5. Based on the allegations in Plaintiff's Complaint and Plaintiff's pre-suit demand seeking $100,000.00 for resolution of Plaintiff's claims against Defendants, Defendants aver in good faith that the amount in controversy in the civil action exceeds $75,000.00 exclusive of interest, costs, and attorney's fees.

6. Because the amount in controversy in the civil action exceeds $75,000.00 exclusive of interest, costs, and attorney's fees, the amount in controversy requirement necessary for removal pursuant to 28 U.S.C. §§ 1332(a), 1441(b) is satisfied.

7. At all times material, Plaintiff has been a resident of the State of Virginia. (Complaint ¶ 2).

8. At all times material, Defendant HYATT HOTELS CORPORATION has been organized under the laws of the State of Delaware with its principal place of business in the State of Illinois.

9. At all times material, Defendant HYATT CORPORATION has been organized under the laws of the State of Delaware with its principal place of business in the State of Illinois.

10. Because the civil action is between citizens of different States, removal on the basis of diversity should be allowed pursuant to 28 U.S.C. §§ 1332(a), 1441(b).

11. The civil action was commenced in the State Court of Gwinnett County, State of Georgia on May 11, 2020. The Registered Agent for Defendant HYATT HOTELS CORPORATION and Defendant HYATT CORPORATION was served with a copy of the Summons and Complaint on May 14, 2020. Accordingly this notice is timely filed pursuant to 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6(a)(1)(C).

12. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice to all adverse parties and has filed a copy of this Notice of Removal with the Clerk of the State Court of Gwinnett County, State of Georgia (A copy of the Notice of Filing of Notice of Removal submitted to the Clerk of the State Court of Gwinnett County, State of Georgia is attached hereto as "Exhibit B").

WHEREFORE, Defendant HYATT HOTELS CORPORATION and Defendant HYATT CORPORATION respectfully submit this matter to this Court's jurisdiction and remove the civil action to this Court.

This 15th day of June, 2020.

|  |  |
|---|---|
|  | **WILSON ELSER MOSKOWITZ EDELMAN AND DICKER, LLP** |
| 3348 Peachtree Road N.E.<br>Suite 1400<br>Atlanta, Georgia 30326<br>Phone: (470) 419-6650<br>Fax: (470) 419-6651<br>jeffrey.melcher@wilsonelser.com<br>devin.arnold@wilsonelser.com | *//s/ Devin P. Arnold*<br>Jeffrey W. Melcher<br>Georgia Bar No. 501180<br>Devin P. Arnold<br>Georgia Bar No. 419908<br><br>*Counsel for Defendants* |

### IN THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| JANICE THRASHER,<br><br>    Plaintiff,<br><br>v.<br><br>HYATT HOTEL CORPORATION and HYATT CORPORATION,<br><br>    Defendants. | REMOVED FROM THE STATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA;<br>CIVIL ACTION FILE NO. 20-C-02854-S1<br><br>CIVIL ACTION FILE NO.<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATE OF SERVICE

This is to certify that I have this 15th day of June, 2020, caused the within and foregoing *Notice of Removal* to be served on all parties by US Mail with adequate postage affixed and by using the E-File/CM/ECF electronic filing system which will automatically send electronic notification of such filing to the following:

Nathaniel J. Middleton
NATHANIAL J. MIDDLETON, ATTORNEY AT LAW
3951 Snapfinger Parkway
Suite 515
Decatur, Georgia 30035
nathanieljmiddleton@gmail.com

    */s/ Devin P. Arnold*
    Devin P. Arnold