### IN THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JANICE THRASHER,** | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION FILE NO. |
| | * 1:20-CV-0217-SDG |
| **HYATT HOTEL CORPORATION and** | * |
| **HYATT CORPORATION** | * **JURY TRIAL DEMANDED** |
| Defendants. | * |

### PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW** JANICE THRASHER in the above-styled action, and files this, her First Amended Complaint to Substitute Party Defendant and shows the Court the following:

### ORIGINAL COMPLAINT FOR DAMAGES

Plaintiff's original Complaint for Damages was filed in this court on May 11, 2020. PLAINTIFF RE-ALLEGE AND INCORPORTE BY REFERENCE ALL COUNTS AND PARAGAPHS OF THEIR ORIGINAL COMPLAINT FOR DAMAGES. Plaintiff amends her original Complaint to add defendant PERIMETER SUMMIT HOTEL PT, LLC as a party Defendant. Defendants HYATT HOTEL CORPORATION and HYATT CORPORATION will be substituted as Defendants pursuant to Fed. R. Civ. P. 15 (a) (2) and with the consent of the Defendants.

1.

Defendant, PERIMETER SUMMIT HOTEL PT, LLC is a Foreign Limited Liability Company registered in Delaware and doing business in the State of Georgia with its principal place of business at 4000 Summit Blvd, Brookhaven, GA 30319 and may be served through its registered

agent Corporation Service Company at 40 Technology Pkwy South, #300, Norcross, GA 30092 and for this reason is subject to the venue and jurisdiction of this honorable Court.

2.

"Pursuant to FCRP 15 (a) "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders."

3.

The Defendants have consented to the Plaintiff filing an Amended Complaint to substitute Perimeter Summit Hotel PT, LLC as the party Defendant.

4.

The Complaint and all subsequent pleadings are therefore amended to reflect PERIMEER SUMMIT HOTEL PT, LLC that is being named as the Defendant rather than HYATT HOTEL CORPORATION and HYATT CORPORATION.

This 16th day of July 2020.

/s/ Nathaniel J. Middleton
Nathaniel J. Middleton
Georgia State Bar No: 504909
Attorney for Plaintiff

NATHANIAL J. MIDDLETON, ATTORNEY AT LAW
3951 Snapfinger Parkway, Suite 515
Decatur, GA 30035
(404) 286-4441
(404) 996-6788 Fax
nathanieljmiddleton@gmail.com

### IN THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **JANICE THRASHER,** | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION FILE NO. |
|  | * 1:20-CV-0217-SDG |
| **HYATT HOTEL CORPORATION and HYATT CORPORATION** | * |
|  | * **JURY TRIAL DEMANDED** |
| Defendants. | * |

### CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of July, 2020, caused the within and foregoing PLAINTIFF'S FIRST AMENDED COMPLAINT to be served on all parties by US Mail with adequate postage affixed and by using the E-File/CM/ECF electronic filing system which will automatically send electronic notification of such filing to the following:

Jeffrey W. Melcher
Devin P. Arnold
Wilson Elser Moskowitz Edelman and Dicker LLP
3348 Peachtree Road, N.E.
Suite 1400
Atlanta, GA 30326
Jeffrey.Melcher@wilsonelser.com
Devin.Arnold@wilsonelser.com

/s/ Nathaniel J. Middleton
Nathaniel J. Middleton
Georgia State Bar No: 504909
Attorney for Plaintiff